DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ATCHISON, MICHAEL S and
ATCHISON, STACY

Case No. 04-03847-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $58.79, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 33 | SUNTECH LOAN
PO BOX 6004
RIDGLAND, MS 39158 | $58.79 |

Dated: September 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875092     10-1-10     $58.79*